**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

JOHN DAYTON PEGRAM, )
                                       )
    Appellant, )
                                       )
v. )     Civil No.  3:25-cv-592
                                       )     Judge Trauger
HENRY EDWARD HILDEBRAND III ET AL., )
                                       )
    Appellees. )

## O R D E R

On July 16, 2026, the Magistrate Judge issued a Report and Recommendation (Doc. No. 21), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court.  For the reasons expressed therein, it is hereby ORDERED that the bankruptcy court's order dismissing Mr. Pegram's Chapter 13 bankruptcy case and barring him from refiling a Chapter 13 case for twelve months without an attorney is hereby AFFIRMED, and this appeal is DISMISSED.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE